IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                              Plaintiff,                    ORDER ON RESTITUTION

     v.
                                                               23-cr-5-jdp
AUSTIN KOECKERITZ,

                              Defendant.

---

Defendant Austin Koeckeritz pleaded guilty to one count of sex trafficking by force, fraud, or coercion, in violation of 18 U.S.C. § 1591(a)(1) and (b)(1), and one count of sex trafficking a minor, in violation of 18 U.S.C. § 1591(a)(1), (b)(2), and (c). Defendant was sentenced to a 240-month term of incarceration on each count to run concurrently. The victims are entitled to restitution under 18 U.S.C. § 1593. I resolved the amount of restitution at a hearing on October 30, 2024.

Defendant is hereby ordered to pay restitution to the following victims in the amounts provided:

KV1 in the amount of $395,180.31.

MV1 in the amount of $13,957.50.

Crime Victims Compensation Program for Claim No. 23-1396-
    23 in the amount of $254.45.

Crime Victims Compensation Program for Claim No. 24-3607-
    23 in the amount of $650.00.

Restitution shall be paid first to the individual victims pro rata. Only after full payment to the individual victims shall restitution be paid to the Crime Victims Compensation Program.

Restitution is due and payable immediately, including during any term of incarceration. However, defendant does not have the means to make full payment of restitution under any reasonable schedule of payments. During the term of incarceration, payments will be set and made through the Bureau of Prisons Inmate Financial Responsibility Program. Beginning 60 days from his release from BOP custody, defendant shall make nominal payments of a minimum of $300 per month. The defendant must notify the Court and the United States Attorney General of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay restitution. No interest is to accrue on the unpaid portion of the restitution.

Payments toward restitution shall be made to the clerk's office for distribution to the victims.

Some assets and funds have already been recovered from defendant. KV1 has already received the proceeds of four forfeited assets totaling $55,926.98. Proof of payment shall be provided to the Clerk of Court within 10 days of this order so that the payment can be applied against the amount of restitution owed to KV1. The court is holding $32,500.00 paid by defendant toward restitution, which should be disbursed to the victims as soon as possible as follows: $29,483.36 to KV1; $3,016.64 to MV1. (These amounts have been adjusted because MV1 did not receive a proportionate share of the four forfeited assets.)

Future payments to KV1 and MV1 will be apportioned automatically according to the total amount of restitution owed to each.

The government is holding other assets that have been administratively forfeited by defendant, shown in the notice of seizure, Dkt. 180-5. These assets are now available to be paid to the individual victims as restitution on the pro rata basis described above.

Entered November 4, 2024.

BY THE COURT:

/s/

_____

JAMES D. PETERSON
District Judge